[No. 35675-9-II.  Division Two.  July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JORGE E. GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-01783-1, Frederick W. Fleming, J., entered November 17, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 35767-4-II.  Division Two.  July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LOWELL MALCOLM WHARTON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-02687-1, Roger A. Bennett, J., entered January 5, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 35768-2-II.  Division Two.  July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN DOUGLAS GARMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-02777-1, John P. Wulle, J., entered January 5, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 35851-4-II.  Division Two.  July 22, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALVIN JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00594-3, Anna M. Laurie, J., entered January 12, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.